UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT L. LEACH

        Plaintiff,                Case No. 18-cv-11814

                                      Paul D. Borman
v.                                United States District Judge

                                      R. Steven Whalen
                                      United States Magistrate Judge

JOHN BALINT,
*et al.*,

        Defendants.
_____/

ORDER: (1) ADOPTING MAGISTRATE JUDGE WHALEN'S AUGUST 9, 2019 REPORT AND RECOMMENDATION (ECF NO. 34); (2) GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 23); AND (3) DISMISSNG PLAINTIFF'S COMPLAINT WITH PREJUDICE

On August 9, 2109, Magistrate Judge R. Steven Whalen issued a Report and Recommendation recommending that the Court grant Defendants' Motion for Judgment on the Pleadings and dismiss Plaintiff Kurt L. Leach's Complaint with prejudice. (ECF No. 34.) Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 34),

1

GRANTS Defendants' Motion for Judgment on the Pleadings (ECF No. 23), and DISMISSES Plaintiff Kurt L. Leach's Complaint (ECF No. 1) with prejudice.

IT IS SO ORDERED.


Dated:   September 9, 2019            s/Paul D. Borman
                                      Paul D. Borman
                                      United States District Judge